AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

United States of America
v.
STACY WADE HAGER

)
)
)
)
)
)
)

Case: 1:21-mj-00437
Assigned to: Judge Harvey, G. Michael
Assign Date: 5/19/2021
Description: COMPLAINT W/ ARREST WARRANT

Defendant

## ARREST WARRANT

To:      Any authorized law enforcement officer

   **YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*              **STACY WADE HAGER**                       ,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☒ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority;
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds;
40 U.S.C. § 5104(e)(2)(D) - Violent Entry and Disorderly Conduct on Capitol Grounds;
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

Date:    05/19/2021

*Issuing officer's signature*

Digitally signed by G. Michael Harvey
Date: 2021.05.19 16:10:53 -04'00'

City and state:       Washington, D.C.                G. Michael Harvey, U.S. Magistrate Judge
*Printed name and title*

---

**Return**

This warrant was received on *(date)* 05/19/21 , and the person was arrested on *(date)* 05/27/21
at *(city and state)* Waco, Texas.

Date: 05/27/21

*Arresting officer's signature*

Task Force Officer Jeffrey Deane
*Printed name and title*