**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No. 21-CR-381 (TSC)** |
| | **:** | |
| **STACEY WADE HAGER** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

## GOVERNMENT'S CONSENT MOTION TO TOLL TIME

The United States of America, through undersigned counsel, respectfully moves the Court to exclude the time within which the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161 *et seq*., on the basis that the ends of justice served by taking such actions outweigh the best interest of the public and the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A), (B)(i), (ii), and (iv).   In support of the Motion, the undersigned represents:

1.      This matter was set for a Status Conference for Mr. Hager on August 18, 2021, at 10:00 a.m.   In the Minute Entry setting the hearing date and time, this Court excluded Speedy Trial starting June 14, 2021, through August 18, 2021.

2.      On July 22, 2021, this Court reset the Status Conference for September 10, 2021, at 10:30 a.m. The order setting hearing was silent with respect to the tolling of time with respect to the Speedy Trial Act.

3.      The parties are in agreement that the time between August 18, 2021, and September 10, 2021, should be tolled in accordance with the Speedy Trial Act.

WHEREFORE, the government respectfully requests that this Court exclude the time, pursuant to the Speedy Trial Act, from August 18, 2021, through September 10, 2021, on the basis

that the ends of justice served by taking such actions outweigh the best interest of the public and

the defendant in a speedy trial pursuant to the factors described in 18 U.S.C. § 3161(h)(7)(A),

(B)(i), (ii), and (iv).

Respectfully submitted,

CHANNING D. PHILLIPS
Acting United States Attorney
DC Bar No. 415793

By:     /s/ *Susan T. Lehr*
SUSAN T. LEHR
Ne Bar No. 19248
Assistant United States Attorney
District of Columbia
Capitol Riot Detailee
555 Fourth Street, N.W., Room 4828
Washington, DC   20530
susan.lehr@usdoj.gov
(202) 252-5847

CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2021, I electronically filed the foregoing with the Clerk

of the Court using the CM/ECF system which sent notification of such filing to all parties listed

on the Electronic Case Filing (ECF) System.

By:     /s/ *Susan T. Lehr*
SUSAN T. LEHR
Assistant United States Attorney

2