```
              UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF COLUMBIA
```

UNITED STATES OF AMERICA

       v.                            Case No. 21-cr-00381

STACY WADE HAGER

## CONSENT MOTION TO CONTINUE STATUS HEARING

Comes now the defendant, by and through his attorney, Richard S. Stern, to respectfully move this Court to continue the present scheduled date of August 15, 2022 to August 16(anytime except 11:30 -2:00) 17, 18 or 19 if available to the Court.

### Attempt to obtain consent

Undersigned counsel contacted Susan Lehr, Esquire, counsel for the government, on her position on this matter and she consents to the granting of this motion.

As grounds therefore, we state as follows:

1. The status/plea hearing is set in this matter for August 15, 2022.

2. Undersigned counsel made a scheduling mistake at the last status hearing and then later realized he had to be in Pennsylvania that day.

3. Both counsel have checked their calendars and are available on August 16 (anytime except 11:30 -2:00), 17, 18 or 19 if available to the Court.

4. Undersigned counsel has discussed with the defendant his right to demand a speedy trial. He understands that he has that right, but wishes to excludes the time from this date until the proposed new date.

WHEREFORE, we pray that this Motion be granted.

Respectfully submitted,

/s/ *Richard S. Stern*
_____
RICHARD S. STERN
932 Hungerford Drive
Suite 37A
Rockville, MD 20850
301-340-8000
rssjrg@rcn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on August 8, 2022.

/s/ *Richard S. Stern*
_____
RICHARD S. STERN