UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | CASE NO. 21-cr-381 (TSC) |
| v. : | |
| : | |
| STACY WADE HAGER, : | |
| : | |
| Defendant. : | |

## NOTICE OF APPEARANCE OF CO-COUNSEL

The United States of America by and through its attorney, the United States Attorney for the District of Columbia, informs the Court that the above-captioned matter is now co-assigned to Assistant United States Attorney Samantha R. Miller. Assistant United States Attorney Adam M. Dreher remains an attorney on behalf of the United States of America in this action.

    Respectfully submitted,

    Matthew M. Graves
    United States Attorney

    */s/ Samantha R. Miller*
    SAMANTHA R. MILLER
    Assistant United States Attorney
    New York Bar No.: 5342175
    United States Attorney's Office
    For the District of Columbia
    601 D Street, NW 20001
    Samantha.Miller@usdoj.gov

## CERTIFICATE OF SERVICE

On this 2nd day of February 2023, a copy of the foregoing was served upon all parties listed on the Electronic Case Filing (ECF) System.

*/s/ Samantha R. Miller*
SAMANTHA R. MILLER
Assistant United States Attorney