# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **CASE NO. 21-cr-381 (TSC)** |
| **v.** : | |
| : | |
| **STACY WADE HAGER,** : | |
| : | |
| **Defendant.** : | |

## NOTICE

The United States of America provides this notice that the Government's witness list has be provided to the Defense as required by this Court in its August 29, 2022, scheduling order. *See* ECF 35. Additionally, the Government will seek an *in camera* review of a single excluded witness.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

　　　/s/ *Adam M. Dreher*
Adam M. Dreher
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov