# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA : | : | |
| | : | CASE NO. 21-cr-381 (TSC) |
| v. | : | |
| | : | |
| STACY WADE HAGER, | : | |
| | : | |
| Defendant. | : | |

## NOTICE OF PARTIES' JOINT PROPOSED EXHIBIT LIST

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, together with the Defendant, Stacy Wade Hager, jointly submit the attached exhibit list as required by this Court in its February 17, 2023 Minute Order.

Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney
D.C. Bar No. 481052

By:   /s/ *Adam M. Dreher*
ADAM M. DREHER
Assistant United States Attorney
MI Bar No. P79246
601 D. St. N.W.
Washington, D.C. 20530
(202) 252-1706
adam.dreher@usdoj.gov

SAMANTHA R. MILLER
Assistant United States Attorney
New York Bar No. 5342175
United States Attorney's Office
For the District of Columbia
601 D Street, NW 20530
Samantha.Miller@usdoj.gov

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | CASE NO. 21-cr-381 (TSC) |
| v. | : | |
| | : | |
| **STACY WADE HAGER,** | : | |
| | : | |
| Defendant. | : | |

# PARTIES' JOINT PROPOSED EXHIBIT LIST

The parties have identified the following exhibits they may use at the trial.

| Exhibit Number | Description of Exhibit |
|---|---|
| **100 Series** | **"Government Business" Documentary/Video evidence** |
| 101 | Congressional Record - Senate (Vol. 167, No. 4, S13, S14, S18) |
| 102 | Congressional Record - House (Vol. 167, No. 4, H75, H76, H84, H85) |
| 103 | Cong-4 Video Montage with Congressional Record.mp4 |
| 104 | 20.14 Closure of West Front |
| 105 | Restricted Perimeter.pdf |
| 106 | Signs posted Jan 5.png |
| 107 | Area Closed Sign |
| 108 | Drawing of Capitol Building First Floor |
| 109 | Drawing of Capitol Building Second Floor |
| | |
| **200 Series** | **Cell phone** |
| 201 | 20210106_091429.jpg |
| 202 | 20210106_091436.jpg |
| 203 | 20210106_091456.jpg |
| 204 | 20210106_091458.jpg |
| 205 | 20210106_091459.jpg |
| 206 | 20210106_091511.jpg |
| 207 | 20210106_091515.jpg |
| 208 | 20210106_091545.jpg |
| 209 | 20210106_091607.jpg |
| 210 | 20210106_091610.jpg |
| 211 | 20210106_093804.jpg |
| 212 | 20210106_093809.jpg |
| 213 | 20210106_094855.jpg |
| 214 | 20210106_094900.jpg |

| Exhibit Number | Description of Exhibit |
|---|---|
| 215 | 20210106_094904.jpg |
| 216 | 20210106_094924.jpg |
| 217 | 20210106_095811.jpg |
| 218 | 20210106_095816.jpg |
| 219 | 20210106_095819.jpg |
| 220 | 20210106_095840.jpg |
| 221 | 20210106_100102.mp4 |
| 222 | 20210106_114936.mp4 |
| 223 | 20210106_125451.mp4 |
| 224 | 20210106_125503.mp4 |
| 225 | 20210106_135439.mp4 |
| 226 | 20210106_135505.jpg |
| 227 | 20210106_135514.jpg |
| 228 | 20210106_135524.mp4 |
| 229 | 20210106_141111.mp4 |
| 230 | 20210106_141236.mp4 |
| 231 | 20210106_141705.mp4 |
| 232 | 20210106_141723.mp3 |
| 233 | 20210106_142145.mp4 |
| 234 | 20210106_142158.mp4 |
| 235 | 20210106_142948.jpg |
| 236 | 20210106_142951.jpg |
| 237 | 20210106_142954.mp4 |
| 238 | 20210106_143421.mp4 |
| 239 | 20210106_145959.mp4 |
| 240 | 20210102_122244.jpg |
| 241 | 20210106_091546 |
| 242 | 20210106_144321.jpg |
| 243 | 20210106_154452.jpg |
| 244 | 20210106_154539.jpg |
| 245 | January 7 text exchange "Mark" and Hager |
| 246 | Text exchange Dec 29 "Kelly" and Hager |
| 247 | Text exchange January 2 "Jeff" and Hager |
| 248 | Text Exchange to Minyard January 6, 2021 |
|  |  |
| **300 Series** | **Secret Service Exhibits** |
| 301 | HOS Notification – Visit of Vice President Michael Pence Mrs. Pence and Charlotte Pence to the U.S. Capitol (S-214_House and Senate Floors) on Wednesday January 6 (PDF) |
| 302 | USSS HOS Notification – Vice President Pence 01.06.21 9 (REDACTED) (PDF) |

| Exhibit Number | Description of Exhibit |
|---|---|
| | |
| **400 Series** | **Facebook Results** |
| 401 | Pg 1-2 User information |
| 402 | Pg 157-159 |
| 403 | Pg 104 Recognized Devices |
| 404 | Pg 219-222 "BERE WITNESS ANYWAYS" |
| 405 | 1/10/2021 |
| 406 | Pg 239 "2020-11-13: Pardon me while . . ." |
| 407 | Pg 2832 – 2845 "Be gone socialist" |
| 408 | Pg 2857-2858 "all I can say is wow" |
| 409 | Pg 2860-2863 "Greatest thing" "Took the hill" |
| 410 | Pg 2869-2871 "What to wear to big dance" |
| 411 | Pg 2877 "Behind enemy lines" |
| 412 | Pg 2971-72 "New Congress" "Great Purge" |
| 413 | Pg 611 "Always knew Pence had option" 2-25-2021 |
| 414 | Pg 818 "Today, the electoral college votes" 12-15-2020 |
| | |
| **500 Series** | **Physical Items** |
| 501 | Flag with Flagpole |
| 502 | Tan metal tumbler |
| 503 | Black and Gray jacket |
| 504 | Gray shoes |
| 505 | Placeholder for Additional Exhibits |
| | |
| **600 Series** | **Body-worn Camera** |
| 601 | Travis Coley BWC |
| 602 | Alexander Farley BWC |
| | |
| **700 Series** | **Capitol Surveillance** |
| 701 | Upper West Terrace Door Approximately 19:33:30 to 19:35 |
| 702 | Upper West Terrace Hall Approximately 19:33:30 to 19:36 |
| 703 | Rotunda North Approximately 19:35:30 to 19:38 |
| 704 | Supreme Court Chamber Stairs Approximately 19:39 to 19:40 |
| 704 | Crypt East Approximately 19:40 to 19:40:30 |
| 705 | Memorial Door Approximately 19:40 to 19:44 |
| 706 | House Wing Door Approximately 19:42 to 19:44 |
| 707 | Hall of Columns South Door Approximately 19:42 to 19:47 |
| | |