UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES

           v.                     Case No. 21-cr-00381

STACY HAGER

## MOTION TO WITHDRAW
## CONSENT MOTION TO CONTINUE DUE DATES FOR SENTENCE MEMORANDUMS AND SENTENCE

    Comes now the defendant, by and through undersigned counsel to respectfully move this Court to grant him leave to withdraw the prior Consent Motion to Continue Due Dates for Sentence Memorandums and Sentence as the defendant's family has already paid for nonrefundable transportation to the District on the date of sentencing.

    WHEREFORE, we pray that this Motion be granted.

Respectfully submitted,

/s/ *Richard S. Stern*
_____

RICHARD S. STERN
DC Bar No. 205377
932 Hungerford Drive
Suite 37A
Rockville, MD 20850
301-340-8000
rssjrg@rcn.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have electronically served all counsel of record on July 4, 2023.

/s/ *Richard S. Stern*

_____
RICHARD S. STERN