## EXHIBIT 2   LETTERS FROM FRIENDS

Lucy Avila

Amy Beers

Cindy Callaway

Kimberly Chase

Dian Cook (Norman)

Nancy Crebs

April Grand

Robert Hall

Sandra Hansell

Elaine Herring

Karen Jenkins

Dylan Marshall

Gina Martin

Paula Mathias

Kathy Maynard

Kathy Meringdol

Tammy Mixdorf

Robin Pelensky

Timothy Powell

Donna Renfro

Joshua Rosenberry

Kelly Smith

Marilyn Smith

Vicky Thomas

Tami Thurner

Rhonda Vivian

Dawn Wall

Priscilla Webb

Robert Wood

Robert Worrell

Modern Web Client    Help    Sign Out

*Search*      **rssjrg**

| Mail | Contacts | Calendar | Tasks | Preferences | Search | Letter of chara |

| Close | Reply | Reply to All | Forward | Delete | Spam | | | Actions |

**Letter of character reference Lucy Avila**

From: "Stacy Hager" <stacywadehager@gmail.com>

To: "Law Offices of Richard S. Stern" <rssjrg@rcn.com>

---

---------- Forwarded message ---------
From: **peppa pig** <pigpeppa64@yahoo.com>
Date: Wed, May 17, 2023, 3:46 PM
Subject: Letter of character
To: <stacywadehager@gmail.com>

I have not met this person except for Facebook but I can vouch that from who I see on his feed he is a good outstanding citi
without a doubt a great family man as can be seen by his post of the time he spends with his wife and kids and grandchildre

Sincerely, Lucy Avila

Sent from my iPhone

**Zimbra**                                                              **rssjrg@rcn.com**

---

**Re: January 6th**

---

**From :** Stacy Hager <stacywadehager@gmail.com>             Sun, 02 Jul, 2023 18:30
**Subject :** Re: January 6th
**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

On Sun, Jul 2, 2023, 5:18 PM Amy Beers <beersamy9@gmail.com> wrote:

---------- Forwarded message ---------
From: **Amy Beers** <beersamy9@gmail.com>
Date: Mon, Apr 17, 2023 at 10:34 PM
Subject: January 6th
To: <stacywadehager@gmail.com>

Your honorable Judge Chutkin,

I would like to introduce myself.  My name is Amy Beers. I am a 49 year old disabled house wife.  I have only known Stacy for almost a half a year now. Although I have not known him for a long time I can tell by talking to him and the pictures he shares on social media he is a God fearing loving family man.  He has been a very kind and loving friend. And you can tell he loves his family and friends.

I am asking for leniency from the courts.  I have watched the videos that were posted of him attending the rally at the capital on January 6th.  He was not rioting nor has he done any damage to any property.  He had went to the capital to exercise his 1st amendment rights.  As many did that day. Stacy knows he made a mistake by going to the capital that day.  He has acknowledged that.

He had also made a Facebook post that had a rebel flag in it.  That post also had his Texas flag and American flag in it.  He had made a comment that he shouldn't have.  It was a joke and inappropriate.  He knows this now.  An honest mistake on his part. He was deemed racist over this post.

Stacy is not by any means a racist person. If you would look at his pictures on social media you would see that.  He has an African American son-in-law that has gave him 2 beautiful grandchildren that he loves with all his heart.  His son-in-law has asked his blessing in marrying his daughter Nicole.  He welcomed him into the family with open arms.  You can see they are a happy family.

Stacy's mother will be 82 soon and she has health issues which Stacy helps her on a regular basis.  To take him away from his mother would be devastating for all.  Even for a short time.

Stacy has made a mistake by being at the capital that day.  He knows this.  But he is a great man.  Someone I am proud to call my friend.  He is a family man and loves his country.

Case 1:21-cr-00381-TSC   Document 61-2   Filed 07/06/23   Page 5 of 38

I want to thank you for taking the time in giving me the opportunity to speak on Stacy's behalf.  Please have mercy on Stacy as the Good Lord has done for us.

Sincerely,
Amy Beers

## RCN Webmail

**rssjrg@rcn.com**

### Fwd: (No Subject) character reference

**From :** Stacy Hager <stacywadehager@gmail.com>            Mon, Apr 10, 2023 05:33 PM
**Subject :** Fwd: (No Subject) character reference
**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: <krickitt@protonmail.com>
Date: Sat, Apr 8, 2023, 11:08 AM
Subject: (No Subject)
To: stacywadehager <stacywadehager@gmail.com>

I'm writing this note pleading with the court to have mercy on my friend Stacy Hager. I
met Stacy a couple of years or so on Facebook. He has become a good friend to me and
many other people. Stacy is a kind and decent family man, very open and honest. I'm a 67
YO mother and grandmother. Since I retired 5 years ago I have been a live in nanny to my
6 YO grandson and his 14 YO sister. Because of my responsibilities to the family I'm not
able to get out much, so my main contact with people is on Facebook.
I realized soon after I met Stacy that he is not an ordinary man. He has a heart of gold, is
devoted to his family, a proud grandfather, and he loves our great country. As busy as he
is, Stacy always reaches out to his friends when we are lonely or need words of
encouragement as we go about living our lives. He's one of those people that will answer a
call or message. He's an optimist with a good sense of humor. Stacy is also intelligent and
able to have conversations about many different topics in a way that encourages people to
do their own research and become informed with multiple points of view.
January 6, 2021 Stacy went to a rally in DC. He was not part of an organized group and
had no evil intent. He was a protester against what he understood to be an injustice, just
like many, many thousands of protesters in recent years, most of whom never received
consequences- even as they did grave damages to property, hurt and killed people, and
attacked police. Stacy did not go to DC to do harm, he went to exercise his 1st
amendment protected right to be heard. He was not involved in any violence, he did not
damage anything. He went in through doors held open by police and met no resistance.
I've seen his personal video, with audio. He told the police there are a million more out
there and the officer said to bring them in. They checked to make sure he had no
weapons, to which he replied "No weapons, no metal" and they allowed him to pass. As he
passed he told the officers "we love you guys." He didn't go any of the places where there
was trouble, and wasn't anywhere near that horrible stairwell where a woman lost her life.
The people not involved in the bad things that happened were walking around unaware of
what was happening elsewhere in the building or outside of the building. Yes, there were
people with bad intent on that day. Stacy was not one of them. He walked around for

awhile then left the building.

I think it's very important to not categorize everybody that was there that day to be the same as the people that did bad things. That would be like saying everybody at BLM or Antifa riots damaged property, started fires, vandalized businesses, and overturned police cars, which is not accurate.

Stacy has said publicly that he "had no business going in the capitol that day." He realizes it was wrong and regrets going inside. This incident has cost him family and friends and he has already been deeply hurt and judged for his actions. I beg you to please have mercy on Stacy and let him go home to his family. His heart is breaking, and so are many of ours. I have cried a million tears since he was convicted. I do not feel it would serve justice to take this kind and gentle man away from his family. Please let him go home and put this behind him. Thank you for your consideration.

Cindy Callaway
5203330558

Sent from Proton Mail mobile

Sent from Proton Mail mobile

May 13, 2023

Character Reference

Re. Stacy Hager

To Whom it May Concern;

I would like to submit this letter on behalf of a very special family friend, Mr. Stacy Hager, as a form of documentation as per the type of individual he is.  My two, now grown boys, have had the pleasure and honor of knowing Stacy for well over 10 years now.  Since the day I met him, he has shown nothing but the utmost of respect, care and concern for my little family. I have not only experienced his kindness and generosity first hand, but there were many times in which I witnessed such same acts towards others he knows. He is and has always been an upstanding, involved and loving father to his daughter, always there for her and always showing his support and dedication, taking parenting to an admirable level. He is always there to lend a hand and heart to others when they have been in need and voluntarily jumped into situations, when others perhaps felt stuck or at their wits end with. He is a proud American who has always been vocal and stood by his beliefs and comments he has ever made regarding our country and never has he offended myself or others around us, if such topics would arise.

Mr. Hager is not a man who carries anger or vengence within him, as he is well beyond intelligent and mature to know there are "right" ways in which one can support their causes and be a voice that others are proud to follow and learn from.  I will never regret coming to know Stacy and will always see him as nothing more than a respectful, kind, generous, caring and compassionate being.  Again, it has been my honor to call him friend.

Kindly,

Kimberly M. Chasse

4 Shetland Dr

Belton, Texas 76513

**RCN Webmail**                                                                     **rssjrg@rcn.com**

---

## Fwd: Letter from Diana

---

**From :** Stacy Hager <stacywadehager@gmail.com>          Thu, May 04, 2023 08:09 PM

**Subject :** Fwd: Letter from Diana

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

Character reference Diana

---------- Forwarded message ---------
From: **Diana Norman** <wanderingwoman66@gmail.com>
Date: Thu, May 4, 2023, 6:48 PM
Subject: Letter from Diana
To: stacywadehager@gmail.com <stacywadehager@gmail.com>

05/04/23

To Whom it may concern,
I have known Stacy Wade Hagar for over 10 years, he is one of the most caring, kind and
honest people I know. He has always treated me with the utmost respect, and has never
done anything to hurt or offend me. I have never seen him treat anyone differently than
he does me. He shows love for everyone he meets, he loves, works, plays hard, he stands
for what he believes and does his best daily to make this world a better place, and has
made my world better for knowing him.

Sincerely,
Diana S Cook

---

**RCN Webmail**

**rssjrg@rcn.com**

## Fwd: Character reference Nancy Crebs

**From :** Stacy Hager <stacywadehager@gmail.com>

Fri, May 05, 2023 08:13 PM

**Subject :** Fwd: Character reference Nancy Crebs

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **nancy crebs** <nancymcrebs094@gmail.com>
Date: Fri, May 5, 2023, 4:52 PM
Subject: Character reference
To: <stacywadehager@gmail.com>

To whom it may concern

Your Honor,
  I have been communicating with Stacy hager for a while now, Stacy is one of the most respectful people I have had the privilege to meet, Stacy is a hard working man that loves his
family, and his Country, Stacy would help anyone in need.
  Right now our Country is hurting, we all need to start healing, I truly believe mercy is warranted in this case. Please feel free to contact me if you have any questions.


        Thank you for your time, sincerely
    Nancy Crebs    nancymcrebs094@gemal.com

## RCN Webmail

## Fwd: Letter character reference April

**From :** Stacy Hager <stacywadehager@gmail.com>          Mon, Apr 24, 2023 10:59 PM

**Subject :** Fwd: Letter character reference April

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **April NONE** <acaldwell410@hotmail.com>
Date: Mon, Apr 24, 2023, 5:49 PM
Subject: Letter
To: stacywadehager@gmail.com <stacywadehager@gmail.com>

To whom it may concern:

Stacy Hager is a great man of character.  He's been a great friend to me. He's a great
family man with Godly values.

I would like to say that I have seen a change in him.  His belief in God is very strong.  He
is like most Americans,  we love our country dearly.  We all make mistakes but I feel when
we love our land so deeply, it seems sometimes one can get carried away.

Stacy is not harmful to anyone. He loves America.  I pray you will find it in your heart to
have mercy in this matter at hand.

Thank you for your  consideration.

April Grand

Sent from my Verizon, Samsung Galaxy smartphone
Get Outlook for Android

*Roger W. Hall*

1690 E. Lone Oak Road
Valley View, Texas 76272

April 09, 2023

To The Honorable Judge,

Thank you for taking the time to read my letter. I am writing in reference to my dear friend Mr. Stacy W. Hager.

Stacy and I met through a mutual friend approximately 12-15 years ago.
I am truly saddened by this situation, I was actually invited to go along on the trip to DC on January 6th but I was unable to take the time off of work. The trip was nothing more than a "buddies road trip" an opportunity to show support for our Former President and see the Capitol.

It is very concerning to think that anyone would consider Mr. Hager to be anything other than the kind-hearted, upstanding and responsible man that he is and has always been. He is a great friend, one who is always caring and willing to be there for his loved-ones, he absolutely adores his family and friends and it is truly disgusting to think that he could be sentenced on these charges. I honestly believe that the only bad decision that he may have made that day is to walk through the doors when they were opened up and everyone poured inside. He was curious, as I would have been had I been there. After all, everyone else was doing it, nobody was telling them not to go in or attempting to stop them. If there were individuals in there that day that had bad intentions, I assure you that Mr. Hager was not one of them. Stacy is a true patriot, has been as long as I have known him. He loves his country and simply wants to stand up for what he believes is right and honorable, but he is not the kind of person that would ever harm anyone or do anything to jeapordize our freedoms. It's simply not the kind of man he is. For the love of God, I hope that you and the court can see that.

Your Honor, I strongly support my friend Stacy, he is truly a great man with a huge heart. I cannot stress enough that he simply does not deserve to be charged for being a passionate American citizen that day.

Thank you again for taking the time, and by all means if there is anything that I can say or do for Stacy... I am here, willing and eager.

God bless you, your court and my beloved friend, Mr. Stacy W. Hager.

Respectfully,

Roger W. Hall

## RCN Webmail

**rssjrg@rcn.com**

---

## Fwd: Character Reference

---

**From :** Stacy Hager <stacywadehager@gmail.com>          Wed, Apr 12, 2023 09:55 PM

**Subject :** Fwd: Character Reference

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **Sandra Hansell** <sandrahansell@aol.com>
Date: Tue, Apr 11, 2023, 2:35 PM
Subject: Character Reference
To: stacywadehager@gmail.com <stacywadehager@gmail.com>

Details

To whom it may concern. I writing to you on behalf of Stacy Hager, who I am proud to call a friend. He loves this country and

you become drawn to him because of that fact. He is very upbeat and encouraging which encourages others.

We have been friends on here for quite a while. You can kind of tell if people are good people or not, he is a very positive person.

If he wasn't I wouldn't be standing up for him.  I am also a Christian, and believe God has brought us together for a reason.

Thank you, Sandra Hansell,

---

**RCN Webmail**                                                **rssjrg@rcn.com**

---

### Fwd: Character Reference Elaine Herring

---

**From :** Stacy Hager <stacywadehager@gmail.com>          Wed, May 10, 2023 11:10 PM
**Subject :** Fwd: Character Reference Elaine Herring
**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>


---------- Forwarded message ---------
From: **Elaine Herring** <eherring829@yahoo.com>
Date: Wed, May 10, 2023, 6:20 PM
Subject: Character Reference
To: stacywadehager@gmail.com <stacywadehager@gmail.com>


To whom it may concern,

I have known Stacy Hager through social media for well over a year, and something that is
very clear is that he loves his family and friends with all his heart.

He is also an extremely patriotic and proud American citizen who loves his country deeply.


He is caring and compassionate, as well as being strong and courageous.  He is willing to
stand up for what is right, whether it be in regards to his family and friends, or for his
country.

I consider myself fortunate to have crossed paths with him, and have become a better
person for it.  Not only am I inspired by his courage and conviction, I am lucky and grateful
to be able to call him a friend.


Sincerely,
Elaine Herring

---

**Zimbra**                                                                                    **rssjrg@rcn.com**

---

**Character reference Karen Jenkins**

---

**From :** Stacy Hager <stacywadehager@gmail.com>                    Wed, 17 May, 2023 13:49

**Subject :** Character reference Karen Jenkins

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>


---------- Forwarded message ---------
From: **cody_15@netzero.net** <cody_15@netzero.net>
Date: Wed, May 17, 2023, 11:41 AM
Subject: January 6th
To: <stacywadehager@gmail.com>


I am writing this letter with the utmost respect to the judge of Jan. 6th. First i'd like to say
that Mr. Hager is a fine, upstanding, hardworking American who loves this country, his family
and God. The last 3 years have been very difficult for all Americans and we have all lost so
much. I pray you will find it in yourself to grant Mr Hager extrememe leniency he is an
American deeply proud of his country, his family, his faith and he is not a threat to anyone he
is not for violence of any kind so with that please i ask that you don't sentence Mr, Hager to
jail time..he doesn't deserve nor does his family deserve to be torn apart, please i respectfully
ask that you will not sentence him to any jail time..thank you Karen Jenkins

---

Honorable Judge Tanya S. Chutkan,

My name is Dylan Marshall of Waco, Texas.  I'm writing to you today on behalf of Stacy Wade Hager.  I have had the honor of getting to know Mr. Hager and he has proven to be someone that I very much look up to as a man.  Mr. Hager is a man who loves his children and grandchildren greatly.  He loves this country and feels very grateful to have been born in America.  He is a committed man who retired from McLane Company after spending 22 years working for them.

I'm personally very thankful for Mr. Hager because he has taught me much about how to be a better follower of Jesus, a better husband and a better father.  I know that Mr. Hager did not have evil intentions on January 6th.  He went that day to peaceful assemble with other people that shared his same beliefs.  The first amendment is one of the aspects that sets America apart and it is one of the reasons that I love this Country so much.  Whether I agree with people's stances or not, we all have the right to gather.

Even through everything that Mr. Hager has gone through, he still loves this country, believes in the justice system and wants to come up with solutions to keep this Country as the greatest in the entire world.  Mr. Hager was let into the Capitol building by police on January 6, 2021 and as soon as he did not like what was happening, he left.  He was not there to cause any damage, he went to stand for this great nation.  As you are contemplating a sentence for Mr. Hager, I would ask that you take into account how he has been a productive member of our community and society as a whole.  I personally would hate to miss time away from my friend.  Thank you for your time and God Bless The United States of America.

Respectfully,

Dylan Marshall

**RCN Webmail**                                              **rssjrg@rcn.com**

---

## Fwd: Reference

---

**From :** Stacy Hager <stacywadehager@gmail.com>          Sun, Apr 16, 2023 07:59 PM

**Subject :** Fwd: Reference

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>


---------- Forwarded message ---------
From: **Gina Petrich** <petrich.gina@hotmail.com>
Date: Sat, Apr 15, 2023, 6:10 PM
Subject: Reference
To: <stacywadehager@gmail.com>


To Whom it May Concern:

I write to you today in reference to Mr. Stacy Hager.  I met Stacy about 20 years ago at a youth Rodeo that my son was participating in and, from that moment, we have been friends. Stacy is probably one of the kindest, most passionate and humble persons I have met. He is kind, strong, loyal and an overall great person. He would always give my son pointers and advice on his rodeo event of choice, riding bulls, as Stacy himself was a rider.

One thing that I learned about him almost from the start, he would give you the shirt off of his back if you needed it or if it made life a little easier for you at that point in time.  He is always a pleasure to be around and cares deeply about his family, his friends and his beliefs.  I met Stacy by chance, if any of us were able to control who we meet, I would choose for him to be one of those people. He is one that I would always choose to have in my corner and in my side.

Stacy always does, says and feels from his heart and he is a joy and a pleasure to have as a friend. I would not change a thing about him.

Thank you

Gina Martin

Sent from my iPhone

---

# Paula Mathias

813 North Walnut Street
Prescott, Arizona 86301
928-499-4103
PJandrmathias@gmail.com

April 12, 2023

To whom it may concern, regarding:Stacy Wade Hager

This letter is to be considered a character reference for Stacy Hager.

Stacy attended the rally on January 6th, 2020. He attended this as a patriot and a believer in the freedom of United States citizens to protest, what they believed to be a wrong.

In no way, do I believe, that he attended with any intent of doing anything that would be considered illegal or harmful.

I have known Stacy for 5 years. I know him through my best friend's daughter Rikki, his partner. I have known her since she was 2 years old and was best friends with her mother. The main reason I feel that Stacy's character is that of a good man, is the fact that he is with Rikki. Ricky is

a kind, upstanding and wonderful human being, who would not have wasted any part of her life with a man who was not of good character.

I have known Stacy, to be a good man, a strong family man, who is adored by his children and grandchildren. He is a man of strong faith and a law-abiding citizen.

If he had known of any of the events that were to occur, on that day, he would not have attended.

He is a staunch American citizen, who believes in the Constitution and the freedoms that are guaranteed through that Constitution and our Bill of Rights.

I, for one, am still amazed that he was charged with any wrongdoing. And I ask the court to exercise leniency and let this man go free, to be with his family and his friends.

Thank you for your consideration and if you have any questions feel free to contact me.

Sincerely,

Paula Mathias

---------- Forwarded message ---------
From: **Kathy Maynard** <kamaynard23@gmail.com>
Date: Sun, Jun 11, 2023, 2:29 PM
Subject: Character reference
To: stacywadehager@gmail.com <stacywadehager@gmail.com>


United States District Court Judge
U.S. District Court for the District of Columbia
333 Constitution Avenue, Northwest
Washington, DC 20001

Re: Stacy W. Hager

Your Honor:

I am writing to provide a character reference for Stacy W. Hager. I reside in Belton, TX
and have worked as an accountant at a local law firm for 15 years. I have known Stacy
and his family for 23 years. Our families have traveled together for vacations and have
gathered many times for holidays, celebrations, and other occasions. Stacy would be a
friend I would contact if I ever needed help because I know he would go above and
beyond to assist me in any way. He has helped our family many times physically such
as moving or other tasks. He has always been supportive emotionally if I ever needed
encouragement or during any difficult time in my life.

During the time I have known Stacy, he has never been violent, has always treated
people equally, and is mentally stable.

I do not believe Stacy should be incarcerated because he is not a threat in any way or a
flight risk. Stacy has caring, supportive family and friends that he loves, and he would
always want to be available for them.


 Sincerely,

Kathy A. Maynard
8 Arroya Dr.
Belton, TX 76513

To whom it may concern,                    5/16/2023

I have known Stacy approximately 5 years. We have a joint love for our country. We came together because of that love. We shared our love of country through several ways: He joined in some peaceful protests around Texas with me. We, both believe in our free country and government.

We share the LOVE of our great country. We are both passionate about our country's future and the future for our grandchildren.

I believe Stacy meant no harm in entering the Capital.  He was just showing his love of our great country. If I would have been there I would also been in his shoes.


Thank you for your time and consideration of my words

Kathy Meringdol

RE: Stacy Hager

Honorable Judge Chutkan:

I understand that Stacy Hager comes before you for sentencing soon regarding his participation in the January 6, 2021 events and I pray that you will employ mercy and unbiased justice in his sentencing.

I have known Mr. Hager for nearly three years and I have always been positively inspired by him and his love of God, his family and this country. He has always shown that love in positive ways in his communications and attitude. Stacy is a good man who was unfortunate enough to be at the wrong place at the wrong time. It was never his intention to be involved in anything that would be construed as violent, much less an insurrection.

I humbly ask for Stacy Hager, that you be merciful in your sentencing and allow him to remain at home with his family where he belongs.

Sincerely,
Tammy Mixdorf

April 20, 2023

To Your Honorable Judge Chutkin,

I am writing this to express my understanding of Stacy Hager's character and to offer my support for his defense against charges related to his involvement in activities that occurred on January 6, 2022.

I met Stacy through a facebook group sometime in mid-January 2021.  As I read through his posts, I was drawn by his stalwart commitment to the many American freedoms that were being tested and denied during this tumultuous time in our history.   He expressed his love for his country in much the same way I often heard my father, a 30-year Marine Corps officer, speak of his devotion to the American way of life and governance.  In his posts, Stacy spoke about how, as an American citizen, he fully and rightfully expected to be able to assemble peacefully, to speak freely, and to have his and other Americans' votes be counted fairly and accurately.  I was impressed with his courage to speak so boldly in a time when opposing views were being heralded as the only truth.

 As I continued to read his posts, it became clear to me that Stacy Hager is a man with the very same character traits that my parents sacrificed so much of their lives to instill in me and my brothers and sisters as well.   He has proven to me that he is honest and will stand for others who tell the truth.  He is compassionate and giving and will put the needs of his family and friends above his own.   Stacy is articulate – a trait that I as a high school English teacher admired and nurtured.  Because he is intelligent and bold and courageous, he stands out in a crowd of people who are ignorant of facts and afraid for their own safety.   I have seen the videos he took on January 6 and I heard his passion as he described the people he saw and encountered.  His expressions of concern for his safety and the safety of those in the crowd was genuine and heartfelt.  Because he is a man of trust and honor, his very nature expects the same of others.  In my opinion, Stacy Hager is a person I have come to admire because he possesses the very character traits that have been, until recently, held up by all Americans as most honorable and worth emulating.

 Sincerely,

*Robin Polonsky*

Robin Pelensky




661 Broadway Street
Vero Beach, FL  32960

**Zimbra**                                                      **rssjrg@rcn.com**

## Character reference Timothy Powell

**From :** Stacy Hager <stacywadehager@gmail.com>           Tue, 23 May, 2023 19:20
**Subject :** Character reference Timothy Powell
**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **Timothy** <possumrun1@gmail.com>
Date: Fri, May 19, 2023, 11:04 AM
Subject: Court
To: <stacywadehager@gmail.com>

Stacy Hager very few are as patriotic as Stacy Hager. He is not violent at all but feels it duty to stand for truth and justice. Stacy is what America needs more of. It would be a sin to send Stacy to jail. Or to prison. I therefore plead the court for the soul of Stacy Hager. For God's Sake. Amen
Timothy Powell 47993, Williamsport IN. Try so, timothy

Sent via the Samsung Galaxy S®6 active, an AT&T 4G LTE smartphone

April 17, 2023

Stacy Hager spent many hours with my family when he was a child. He was between the ages of 11-14 at this time. He attended many rodeo events, family outings and nights in our home in Haskell, TX.

Even as a child Stacy showed respect for adults, other people's property and his country(at rodeos he always stood and removed his hat during the National Anthem) He was proud to be an American. Stacy didn't have a lot of supervision at home, but he was never in any kind of trouble and demonstrated responsibility beyond his years.

As an adult we have been in contact via social media, phone and texting. Before I joined STAND, Stacy empathized that STAND was a nonviolent organization. He told me no one could become a member unless they were totally committed to nonviolent activities.

This was specified as no destruction of property, threating words or actions to anyone. I was in total agreement with this approach and joined the STAND group. The posts that I wrote and read on the website reflected the nonviolent philosophy of the organization.

The purpose of the group is to have their views heard and provide information on these views concerning the pros and cons of conservative political beliefs. STAND is an advocate for nonviolence.

STAND and Stacy`s goal is to inform people of policies and events occurring in our country . Our goal is also to encourage members to be active in expressing their views and be prepared to participate in PEACEFUL PROTESTS. PEACEFUL is the key word.

If you disagree with peaceful ways to change policies, then you are not welcome to be a member of STAND. These peaceful ways for change came from Stacy Hager and are the very core of who he is. He possesses a strong and unwavering belief that all Americans should be law abiding citizens who are strong enough in their thinking to STAND up for what they believe.

Donna Renfro

410 S Ave. G

Olney, TX 76367

**May 23, 2023**

# U.S. JUSTICE

U.S. FEDERAL COURTHOUSE
WASHINGTON
DISTRICT OF COLUMBIA

Your Honor,

I write to you this brief letter on behalf of my dear friend Mr. Stacy Hager and I respectfully ask that you will consider it's contents when making your decision, as it relates to Stacy's sentencing. For as long as I have had the distinguished pleasure and esteemed privilege of knowing Stacy, it has been nothing less than obvious just how the people in his life care for him. Stacy leaves no doubts in the minds of anyone that he reciprocates that same loving care. Stacy is admired and revered by so many people, including myself. Stacy has earned a reputation for his generosity, his kindness, and not only his willingness, but his ambition to help others that are in need. Stay Hager is genuine and sincere and leaves a warm and  lasting impression with everyone he encounters, friends, family, and community included. He has served as a testament to what, and who, we should all strive to be as the model American citizen, the only exception being that one day of January 2021. I am speaking to the day in which he had finally proven that he is a mere mortal human that made a human mistake, owns accountability for a very rare error in his judgement. Stacy has personally expressed to myself his extraordinary regret for allowing his human emotions to cause such error. Just like everyone else that has taken for granted their reliance on Stacy's presence and wisdom, I, too, dread the thought of my life being void of his presence for any length of time because Stacy has had such a profound impact on my life. Your honor, I thank you for any consideration that you may  give to these sentiments that I share with you today. I pray our nation learns from such recent tragedies, so that we, and Stacy, may soon heal and prosper one day in peace as a nation of strong unified people. May God bless us all.

Address | City, St Zip Code

SINCERELY,

JOSHUA L.E. ROSENBERRY

June 1, 2023

Dear Judge Chutkin,

I am writing this letter to serve as a character witness for my dear friend Stacy Hager. I have known Stacy for 12+ years and he is someone that I am proud to call one of my truest friends. Stacy is a man of great integrity and has always maintained a high moral character. Stacy is a Godly man who loves his family dearly and a true patriot, who has a deep love for his country. I know him to be honest, dependable, and always upheld the values that he holds dear.

Through the years I have seen Stacy demonstrate an incredible level of love, care and dedication towards his family and friends. I can honestly say Stacy has made a positive impact on the lives of those around him.

Stacy has joined our family on many vacations, from camping, skiing, enjoying a day at the lake, even a few concerts. Wherever we were, whether we were out to eat at a restaurant or making a pit stop at convenience store during a road trip, I have always witnessed Stacy as a friendly and respectful person. The person that would hold the door open for the casual stranger. show respect to elders, to law enforcement and first responders. I know if there was a peace officer (even military personnel) in the crowd or passing by, he would stop and thank them for their service.

I know Stacy as a man who enjoys life experiences, and always wanting others to enjoy the same simple pleasures in life. Even if that meant he could teach you something. His heart is truly golden.

Stacy is also marked by a deep passion for knowledge and a powerful desire to communicate through writing. He is driven by curiosity and loves to research and learn. He honestly loves to share his thoughts and beliefs through his writing.

My husband Jeff went with Stacy to Washington DC.  The trip was planned to go and to simply be part of history and to have the eyewitness experience. The road trip was for them to go and support their country simply by being there. Their experience that day, as it was shared with me, was all day there was a sense of community and camaraderie. They saw peaceful unity and a sense of shared purpose. They of course met and talked with a lot of different people there that day.  They said that there were at least a million people there to support their country. People walked together, sang hymns, chanted USA, and waved their flags. They were in awe.  I later shared with them what the news was reporting. They said that they were not seeing any kind of disruption going on at all and they continued their walk with the crowd. In the beginning they did not see what was unfolding on the news.

 They did not go to the capital that day to partake in "Storming the Capital." They also would never partake in any destruction of property or endanger anyone's life nor disrespect a peace officer.

My husband passed away earlier this year after battling cancer. I wish he was here today to also tell for himself his own experience that day. I know without a doubt they did not go to the Capital for anything other than to show their support for what they truly believed in. It breaks my heart that something so simple as to want to show support for your country can be turned into what it has. My husband looked

up to Stacy and felt the same for Stacy. He had been a lifelong friend of Stacy and he would have so much to share in reference to his character.

I feel Stacy got caught up in the moment and he started recording "his experience." He obviously found himself at the door, he went in and continued straight through as he was told to do. I understand that Stacy made a mistake that has led to this legal situation.  I hope you will take my testimony into consideration when evaluating Stacy's character.


Sincerely


Kelly Smith

Honorable Judge Chutkan,

First and foremost, thank you for your service to this country. You do an admirable job day in and out and we appreciate the justice you bring to the system. You're a role model to women all over this country, and thank you for sacrificing your family and time to serve as an honorable judge.

I am writing this character reference letter to express my admiration and respect for Mr. Stacy Hager, whom I have known for over 3 years. Stacy is one of the kindest, most caring, and most thoughtful people I have ever met, and I have no doubt that he is an asset to his family and community.

Stacy is a devoted family man and a hardworking father and grandfather, or "Pappy". He always puts his family first and goes above and beyond to ensure their needs are met. His children and grandchildren adore him, and he is an excellent role model for them. Stacy is patient, compassionate, and always willing to lend a helping hand whenever needed.

I have witnessed Stacy's dedication and hard work in his professional life as well. He is a diligent and conscientious employee who takes his responsibilities seriously. He is always punctual, and reliable, and strives to exceed expectations. His work ethic is impeccable, and he is a valuable member of any team he is a part of.

Stacy is a genuine and authentic person who treats everyone with respect and kindness. He is a great listener and learns from his mistakes. He has a positive attitude and a contagious enthusiasm that inspires others to be their best selves.

In conclusion, I would highly recommend Stacy stay home and serve probation while serving his family, community, and country. He is a remarkable person who has a lot to offer, and I am proud to know him.

Thank you for your time, Your Honor.

Sincerely,

Marilyn Smith



To whom it may concern,

Stacy Hager is one of the best people I know. He's the first to help someone in need. He loves his country and means no harm to any one or plan to. Please be merciful who deciding on a sentence.

Vicky Thomas

**RCN Webmail**                                                    **rssjrg@rcn.com**

---

### Fwd: To Judge Chutkin re: Stacy Wade Hager character reference

---

**From :** Stacy Hager <stacywadehager@gmail.com>          Sun, Apr 16, 2023 08:02 PM

**Subject :** Fwd: To Judge Chutkin re: Stacy Wade Hager
             character reference

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **Tami Thurner** <tamithurner39@gmail.com>
Date: Sun, Apr 16, 2023, 5:30 PM
Subject: To Judge Chutkin re: Stacy Wade Hager character reference
To: <stacywadehager@gmail.com>

To Judge Chutkin

Regarding
Stacy Wade Hager character reference

I've known Stacy Wade Hager close to three years now. Although we are Facebook friends
I think very highly of Stacy Wade Hager and have come to think of him as a close personal
friend. I'm continually inspired by Stacy's posts, writings, comments, replies... Most
importantly having the same love and respect for this great country America.
God, Family, Country and Freedom.

I admire Stacy Wade Hager's  strong unwavering truthful and inspirational character.

Thank you
Tami Thurner

---

**RCN Webmail**                                                    **rssjrg@rcn.com**

### Fwd: Vouch of character Rhonda Vivian

**From :** Stacy Hager <stacywadehager@gmail.com>         Fri, May 05, 2023 01:38 PM
**Subject :** Fwd: Vouch of character Rhonda Vivian
**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **rhonda.vivian@yahoo.com** <rhonda.vivian@yahoo.com>
Date: Fri, May 5, 2023, 10:52 AM
Subject: Vouch of character
To: stacywadehager@gmail.com <stacywadehager@gmail.com>

   I have known Stacy Wade Hager for over 5 years. This man has a kind heart of pure gold. He has helped many people through times of need including my family. He helped me fix my car one time so that I would be able to go to and from the store to get food for my family, to church, and to take my grandkids back and forth to school. My kids and grandkids once all lived in my house and my water heater stopped working. Stacy came over right away and brought his tools. He removed the old water heater and brought a newer working one into my garage. He worked in my hot garage and installed the working water heater for me and my family. Stacy never charged me any money for the work on my car or the water heater. This man is a caring and Christian man that has gone out of his way to help many people never asking for anything in return. I know for a fact that Stacy is a benefit to his community and people need someone like him around because he is always willing to help people. Myself and my family are very thankful and fortunate to know Mr. Hager and we will always be grateful and thankful that people like him still exist!

Sincerely, Rhonda Vivian Guardiola Sent from Yahoo Mail on Android

To whom it may concern:                                    5/1/2023

I am writing on behalf of my friend, Stacy Hager and his character.

Stacy worked as a supervisor for 22 years at McClane Company while helping raise his daughter and 5 stepchildren.  He has since retired. After retirement, he started working a part time job running rental properties and still works there today.

His daughter is married to a Black man, and they have 2 children. Stacy loves and adores his son-in-law, his daughter, and the grandchildren.

He has 2 dogs and one cat. He is fully self-supporting, and he depends only on himself to live and pay his bills.

He has stayed sober for 10 years, is a productive member of society in his sobriety and helps others stay sober.

The door was wide open with others walking in and nobody telling them walking into the building was wrong. Stacy honestly did not know by walking into the capital he was breaking any laws.

I can say with all honestly, Stacy's love for his for family, friends, co-workers, his country, and God is pure.

Their family spends a lot of time together and we are asking that his Judge shows mercy, grace on Stacy regarding his sentencing. He needs his family in his life, and they need him.


Respectfully,


Dawn Wall

**RCN Webmail**                                                    **rssjrg@rcn.com**

---

### Fwd: April, 2023 character reference

---

**From :** Stacy Hager <stacywadehager@gmail.com>          Mon, Apr 10, 2023 05:34 PM

**Subject :** Fwd: April, 2023 character reference

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **Priscilla Webb** <priscillawebb719@gmail.com>
Date: Mon, Apr 10, 2023, 10:31 AM
Subject: April, 2023
To: <stacywadehager@gmail.com>

Concerning Stacy Hager:

What can I say about a man I have met in person one time? One thing I can say, when I met Stacy Hager, I was very impressed with his persona and the way he treated us as strangers.

Stacy and his other half, Rikki, came to the IL/IN area for her family visit. Rikki's mother was my dear best friend from childhood. She had passed away unexpectedly the year (2014) before leaving me heartbroken. Stacy and Rikki made it a point to visit us on out farm.

Stacey walked to the barn with my husband who was in beginning Parkinson's Disease. He related to him about the farm and horses which has been my husband's life passions.

The act of coming to see me was so touching. Not many people would show that kind of a caring heart.

Since then, we have kept in contact via Facebook. Stacy posts as a loving father, grandfather and partner. He has been a GOD loving man with family and country as his concerns.

I am so grateful to know someone that still cares and presents himself Happy.

Sincerely,  Priscilla Webb

---

RCN Webmail: Re: Character r

Modern Web Client    Help    Sign Out

*Search*

**rssjrg**

| Mail | Contacts | Calendar | Tasks | Preferences | Search | Re: Character r | Re: 0 |

| Close | Reply | Reply to All | Forward | Delete | Spam | | | Actions |

To:    "Law Offices of Richard S. Stern" <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **Robert Wood** <robertwood909@yahoo.com>
Date: Sun, Jun 4, 2023, 1:42 PM
Subject: Re: Stacy Hagar
To: TX Stacy Hager <stacywadehager@gmail.com>


To whom it may concern:

I am writing and sending this letter in support of my friend Stacy W. Hagar and to attest to his character.

 While I have only know Stacy for a few sort years and our interactions have mostly been phone conversations and message
one of the kindest and most genuine people that I have ever known.
 Every day, I see through common media threads that Stacy always has kind and uplifting words and stories that he shares
impact in someone's outlook and life. I know first hand that he has opened his heart to many people and calls them friend or

For the most part, as any good man, he keeps his private and family life quiet and close to his chest. What he does allow oth
than anyone I have ever known.
 Stacy always shows that their protection and well being are at the forefront of his life, doing and giving what is necessary fo

Stacy has a good heart. Always courteous and caring for friends and others, even willing to open it far enough to call strange
proud to know and call friend, and even my brother, as he has been willing to open his heart and life as an extension to me-

 Sincerely,
 Robert Wood


Sent from Yahoo Mail on Android

**RCN Webmail**                                     **rssjrg@rcn.com**

---

### Fwd: Character Witness Bob Worrell

---

**From :** Stacy Hager <stacywadehager@gmail.com>        Thu, May 04, 2023 06:38 PM

**Subject :** Fwd: Character Witness Bob Worrell

**To :** Law Offices of Richard S. Stern <rssjrg@rcn.com>

---------- Forwarded message ---------
From: **Bob Worrell** <chiefworrell@yahoo.com>
Date: Thu, May 4, 2023, 4:55 PM
Subject: Character Witness
To: <stacywadehager@gmail.com>

To Whom This May Concern,

My name is Robert L. Worrell Jr., and I am a 30+year retired active duty veteran.

While stationed at Fort Hood Texas from 2006-2009, my wife and I purchased a ranch and shortly afterwards I deployed to Iraq. My ranch required upkeep and maintenance and I relied heavily on Stacy Hager.

I met Stacy through my family, and he proved to be a huge blessing with his friendship and in our times of need with property maintenance and our animals. He proved to be a loyal and trusted friend that my entire family feels comfortable around. Through multiple cookouts and family gatherings, Stacy never displayed any type of aggressive behavior towards my family or friends. He has always shown me as well as others around me to be respectful in his behavior as well as his mannerisms.

In 2008, we had a severe weather incident (wind shear/tornado) that destroyed our 40 foot barn, a loafing shed and damaged parts of our house and pool while I was in Iraq, and Stacy provided more help than any other person throughout that time and afterwards.

After returning from Iraq, he was a tremendous help and support prior to our next move. I moved my family to Virginia and we got new renters for the ranch. When the renters had to be evicted, I had to take time off and return to the ranch to get it suitable once again for the market. I asked for help from family members and friends in that area, and Stacy was the only one that showed up. Without his help and support I could not have brought our ranch back to a suitable condition for the market.

Stacy has earned the trust of my family and has proven to be a friend that you can truly count on. He loves God, family and friends by word and deed. If I were stationed

there still on active duty and had to deploy again, Stacy would be the man that I could trust to do it once again. He was always there when we needed him most. A friend of his caliber is hard to find!

Very Respectfully,
Robert L. Worrell Jr.

<u>Sent from Yahoo Mail for iPhone</u>