## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | **Case No. 21-cr-381-TSC** |
| v. : | |
| : | |
| **STACY WADE HAGER,** : | |
| : | |
| **Defendant** : | |

## UNOPPOSED MOTION TO EXTEND FILING DEADLINE

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully requests this Court issue an order extending the deadline by which the government must respond to the defendant's Motion for Reimbursement of Fines, Fees, and Restitution, ECF No. 80, to April 4, 2025. LCrR 47(b) requires a response to an opposed motion "[w]ithin 14 days of the date of service *or at such other time as the Court may direct . . . .*" (emphasis added). The defendant's motion was filed on February 28, 2025. By court rule, the deadline for filing a response would be March 14, 2025.

The government sought concurrence from the defendant, who—through counsel—does not object to the extension. The government respectfully requests the Court issue an order extending the deadline for a response to the defendant's motion, ECF No. 80, to April 4, 2025.

Respectfully submitted,

EDWARD R. MARTIN, JR.
United States Attorney
D.C. Bar No. 481866

_____/s/_____
ADAM M. DREHER
Assistant United States Attorney
Mich. Bar P79246
601 D Street, NW
Washington, D.C. 20530
adam.dreher@usdoj.gov
(202) 252-1706