# United States District Court for the District of Columbia

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Criminal No. 21CR00381-TSC |
| ) | |
| STACEY WADE HAGER ) | |

## NOTICE OF APPEAL

Name and address of appellant:    Stacey Wade Hager
1712 Saunders St.
Gatesville, TX 76528

Name and address of appellant's attorney:    Katherine Marie Hurrelbrink
Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92069

Offense:    None - all convictions (under 18 U.S.C. 1752(a)(1), (2)) vacated on appeal

Concise statement of judgment or order, giving date, and any sentence:

Appealing the Opinion and Order filed 7/3/2025 at Docket 85, regarding Motion for Reimbursement of Fines and Fees.

Name and institution where now confined, if not on bail:    N/A

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

| 7/10/25 | Stacey Wade Hager |
|---|---|
| DATE | APPELLANT |
| | Katie Hurrelbrink |
| | ATTORNEY FOR APPELLANT |

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✓]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?    YES [✓]    NO [ ]
Has counsel ordered transcripts?    YES [ ]    NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES [ ]    NO [✓]